1032

[No. 70904-6-I.   Division One.   June 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN JOHN NORD, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 71095-8-I.   Division One.   June 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY WADE, *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 71522-4-I.   Division One.   June 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA LIPPINCOTT, *Appellant*.

*Reversed* by unpublished opinion per Becker, J., concurred in by Schindler and Trickey, JJ.

[No. 71654-9-I.   Division One.   June 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY TIMOTHY MCCALLUM, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Trickey, JJ.